# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1084

CAF 11-01903

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

IN THE MATTER OF MALINDA A. PRINZING,
PETITIONER-APPELLANT,

V                                                    MEMORANDUM AND ORDER

PAUL G. GUCK AND DORIS M. GUCK,
RESPONDENTS-RESPONDENTS.
---------------------------------------------
IN THE MATTER OF JASON R. GUCK,
PETITIONER-RESPONDENT,

V

CARL E. PRINZING AND MALINDA A. PRINZING,
RESPONDENTS-APPELLANTS.
---------------------------------------------
IN THE MATTER OF PAUL G. GUCK,
PETITIONER-RESPONDENT,

V

CARL E. PRINZING AND MALINDA A. PRINZING,
RESPONDENTS-APPELLANTS.
(APPEAL NO. 1.)

TYSON BLUE, MACEDON, FOR PETITIONER-APPELLANT AND RESPONDENTS-APPELLANTS.

ELIZABETH A. SAMMONS, ATTORNEY FOR THE CHILDREN, WILLIAMSON, FOR DAVID P. AND ALYSSA P.

Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered September 19, 2011.  The order, among other things, granted Paul G. Guck, Doris M. Guck and Jason R. Guck visitation with the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Guck v Prinzing* (___ AD3d ___ [Nov. 16, 2012]).

Entered:  November 16, 2012                    Frances E. Cafarell
                                               Clerk of the Court